**David DULY, Appellant,**

v.

**MORTON BUILDINGS, INC., Respondent.**

No. WD 73816.

Missouri Court of Appeals, Western District.

March 13, 2012.

Jeffrey Leon Dull, Clinton, MO, for appellant.

Samantha Nicole Benjamin–House and Douglas Mark Greenwald, Kansas City, KS, for respondent.

Division Three: KAREN KING MITCHELL, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

David Duly appeals from the decision of the Labor and Industrial Relations Com-

mission awarding him 7.75% permanent partial disability benefits as a result of a work-related back injury. He also appeals the Commission's denial of his request for reimbursement for past medical expenses and compensation for future medical treatment. We affirm. Rule 84.16(b).